IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONNIE BRUCE EVANS                                                  PLAINTIFF

v.            Civil No. 12-2111

DEPUTY CECILIA RAMIREZ;
MAIL CLERK MARLI HORTON;
MAIL CLERK LISA ROBINSON;
MAIL CLERK NOLA IRVIN;
MAIL CLERK TAMMY DAHLEM;
LT. CUPP; and CAPTAIN MARVIN                            DEFENDANTS

## **JUDGMENT**

For the reasons stated in a memorandum opinion being entered this date, the Defendants' motion for summary judgment (Doc. 28) is granted and this case dismissed with prejudice.

IT IS SO ORDERED this 15th day of August 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE